# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| QUINCY STEWARD,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>METROPOLITAN POLICE, et al.,<br><br>　　　　　　Defendants. | 2:11-CV-1652 JCM (GWF) |

## ORDER

Presently before the court is the report and recommendation of Magistrate Judge George Foley, Jr (doc. #3) to dismiss plaintiff's complaint without prejudice.  No objections have been filed.

Upon review of the magistrate judge's recommendation and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the report and recommendation of Magistrate Judge George Foley, Jr (doc. #3) to dismiss the complaint without prejudice be, and the same hereby is, AFFIRMED in its entirety.

IT IS THEREFORE ORDERED that plaintiff's complaint (doc. #1-1) is DISMISSED without prejudice.

DATED December 27, 2011.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge