UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

QUINCY STEWARD,

        Plaintiff,

v.

METROPOLITAN POLICE, et al.,

        Defendants.

2:11-CV-1652 JCM (GWF)

**ORDER**

Presently before the court is the report and recommendation of Magistrate Judge George Foley, Jr (doc. #3) to dismiss plaintiff's complaint without prejudice. No objections have been filed.

Upon review of the magistrate judge's recommendation and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the report and recommendation of Magistrate Judge George Foley, Jr (doc. #3) to dismiss the complaint without prejudice be, and the same hereby is, AFFIRMED in its entirety.

IT IS THEREFORE ORDERED that plaintiff's complaint (doc. #1-1) is DISMISSED without prejudice.

DATED December 27, 2011.

                              /s/ James C. Mahan
                          UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**